

United States Department of Justice
Federal Bureau of Prisons
Federal Correctional Complex - Hazelton
Post Office Box 450
1640 Sky View Drive
Bruceton Mills, West Virginia 26525
(304) 379-5000

September 15, 2015

MEMORANDUM FOR COURTS

FROM: P. Landon
Unit Manager

SUBJECT: Lockdown Memo

Please be informed that the institution was on lockdown status from April 27, 2015 until June 1, 2015. During this time, the inmates did not have access to legal materials.